**2010–1845. Lipton v. Castanias.**
Warren App. No. CA2009–11–152, 2010-Ohio-4300. Reported at 127 Ohio St.3d 1533, 2011-Ohio-376, 940 N.E.2d 986. On motion for reconsideration. Motion denied.

**2010–1861. Henry v. Mandell–Brown.**
Hamilton App. No. C–090752, 2010-Ohio-3832. Reported at 127 Ohio St.3d 1534, 2011-Ohio-376, 940 N.E.2d 987. On motion for reconsideration. Motion denied.
PFEIFER, J., dissents.

**2010–1867. State v. Hawks.**
Cuyahoga App. No. 93582, 2010-Ohio-4345. Reported at 127 Ohio St.3d 1534, 2011-Ohio-376, 940 N.E.2d 987. On motion for reconsideration. Motion denied.
LUNDBERG STRATTON and McGEE BROWN, JJ., dissent.

**2010–1869. State v. Antenori.**
Cuyahoga App. No. 90580, 2008-Ohio-5987. Reported at 127 Ohio St.3d 1534, 2011-Ohio-376, 940 N.E.2d 987. On motion for reconsideration. Motion denied.
LANZINGER, J., dissents.

**2010–1877. State v. Roy.**
Butler App. No. CA2009–11–290, 2010-Ohio-4405. Reported at 128 Ohio St.3d 340, 2011-Ohio-544, ___ N.E.2d ___. On motion for reconsideration. Motion denied.

**2010–1879. Hayward v. Bellmann.**
Williams App. No. WM–09–007, 2010-Ohio-3438. Reported at 127 Ohio St.3d 1534, 2011-Ohio-376, 940 N.E.2d 987. On motion for reconsideration. Motion denied.

**2010–1912. Swallie v. Rousenberg.**
Monroe App. No. 09–MO–2, 2010-Ohio-4573. On motion for reconsideration. Motion denied.

**2010–1918. State ex rel. Elbert v. Miraldi.**
Lorain App. No. 10CA009749. Reported at 127 Ohio St.3d 1507, 2011-Ohio-180, 939 N.E.2d 1269. On motion for reconsideration. Motion denied.
LANZINGER and CUPP, JJ., dissent.

**2010–1927. White v. Bannerman.**
Stark App. No. 2009CA00221, 2010-Ohio-4846. Reported at 127 Ohio St.3d 1535, 2011-Ohio-376, 940 N.E.2d 988. On motion for reconsideration. Motion denied.

**2010–2050. State v. Hill.**
Franklin App. No. 09AP–398. Reported at 127 Ohio St.3d 1536, 2011-Ohio-376, 940 N.E.2d 989. On motion for reconsideration. Motion denied.

# CASE ANNOUNCEMENTS

*April 7, 2011*

[Cite as *04/07/2011 Case Announcements*, 2011-Ohio-1661.]

# MOTION AND PROCEDURAL RULINGS

**2010–1373. State v. Thompson.**
Summit C.P. No. CR–2008–07–2390. This cause is pending before the court as a death-penalty appeal from the Court of Common Pleas of Summit County.

Upon consideration of appellant's motion to supplement the record, it is ordered by the court that the motion is granted.

It is further ordered that the Clerk of Courts for Summit County shall supplement the record with the jury questionnaires within ten days of the date of this entry.